STEPHEN J. FOONDOS (SBN: 148982)
JANET S. MANRIQUE (SBN: 179489)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs
THADDEUS POTOCKI, KELLY DAVENPORT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS POTOCKI and KELLY DAVENPORT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A; WELLS FARGO HOME MORTGAGE; US BANK NATIONAL ASSOCIATION, as Trustee for WSAC 2005-ARI; JAY LEVITE, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:11-CV-02467-JAM-KJN<br><br>**STIPULATION TO DISMISS SIXTH CAUSE OF ACTION, VIOLATION OF CIVIL CODE §2923.5; AND** ~~**PROPOSED**~~ **ORDER** |

**COME NOW PLAINTIFFS,** Thaddeus Potocki and Kelly Davenport, and Defendants WELLS FARGO BANK, N.A. and WELLS FARGO HOME MORTGAGE, by and through their undersigned counsel of record and stipulate that:

　　　1.　　Plaintiffs wish to withdraw and dismiss with prejudice their Sixth Cause of Action against Defendants for violation of California Civil Code §2923.5;

1

2. Defendants do not oppose the dismissal of the Sixth Cause of Action with prejudice;

3. The parties believe that the interests of judicial economy will be furthered by the Stipulation rather than through the filing of an amended complaint that withdraws the Sixth Cause of Action.

Dated: October 11, 2011     **UNITED LAW CENTER**
A Professional Law Corporation

By: /s/ Janet S. Manrique
    Janet S. Manrique
    Attorney for Plaintiffs

Dated: October 11, 2011     **UNITED LAW CENTER**
A Professional Law Corporation

By: /s/ Brad E. Klein
    Brad E. Klein
    Attorney for Defendants

Good cause appearing therefor, IT IS SO ORDERED.

Dated: October 14, 2011.     /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE