**FILED**

MAY 2 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS POTOCKI and KELLY DAVENPORT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | No.  11-cv-02467 JAM-KJN<br><br><br>**ORDER OF NON-RELATED CASES** |
| THADDEUS J. POTOCKI and KELLY R. DAVENPORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | No.  14-cv-01050 WBS-DAD |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(c).  Because the action 11-cv-02467 JAM-KJN was remanded and closed almost two and a half years ago, assignment of the matters to the same judge is not likely to

1

1   effect a substantial savings of judicial effort or other

2   economies.

3         Accordingly, 2:14-cv-01050-WBS-DAD shall not be reassigned

4   to the undersigned judge.

5         IT IS SO ORDERED.

6         May 22, 2014

7                                   JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE